948

for petitioner. *John A. Johnson* for respondents.

No. 668. INSURANCE COMPANY OF NORTH AMERICA *v.* HOWE. C. A. 6th Cir. Certiorari denied. *James A. Butler* for petitioner. *Raymond T. Jackson* for respondent.

No. 672. HYGIENIC PRODUCTS CO. *v.* JUDSON DUNAWAY CORP.; and
No. 681. JUDSON DUNAWAY CORP. *v.* HYGIENIC PRODUCTS CO. C. A. 1st Cir. Certiorari denied. *Harry Frease, Joseph Frease* and *Randolph C. Richardson* for petitioner in No. 672. *Manvel Whittemore, Charles F. Miller, Jr.* and *Lucius E. Varney* for the Judson Dunaway Corporation.

No. 673. GRAY ET AL. *v.* OLDLAND ET AL. C. A. 10th Cir. Certiorari denied. *George L. Sneed, Frederic L. Kirgis* and *Jean S. Breitenstein* for petitioners. *Frank Delaney* and *L. H. Larwill* for Oldland et al.; and *Charles J. Moynihan* for Rector et al., respondents.

No. 679. JONES ET AL. *v.* GUTOWSKY. C. A. 10th Cir. Certiorari denied. *Herbert J. Patrick, Logan Stephenson* and *Cleon R. Nixon* for petitioners.

No. 688. POWELL *v.* YOUNG. C. A. 5th Cir. Certiorari denied. *John O. Harris* for petitioner. *Richard T. Rives* for respondent.

No. 692. M. & M. TRANSPORTATION CO. *v.* CITY OF NEW YORK ET AL. Court of Appeals of New York. Certiorari denied. *Joseph Rotwein* for petitioner. *John P. McGrath* and *Stanley Buchsbaum* for respondents.